JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VICKY BERNICE WILLIAMS, et al., | Case No. 2:22-cv-06733-FLA (JEMx) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER DISMISSING ACTION [DKT. 17]** |
| SELECT PORTFOLIO SERVICING, INC., et al., | |
| Defendants. | |

1

On October 5, 2022, Plaintiffs Vicky Bernice Williams and Arthur Williams, Jr. ("Plaintiffs") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a) or (c). Dkt. 17. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. The court's September 21, 2022 Order to Show Cause is DISCHARGED.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: October 5, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

2